[Cite as *Limbach v. Henson*, 2011-Ohio-1467.]

COURT OF APPEALS
RICHLAND COUNTY, OHIO
FIFTH APPELLATE DISTRICT

|  |  | JUDGES: |
|---|---|---|
| PAUL R. LIMPACH | : | Hon. W. Scott Gwin, P.J. |
|  | : | Hon. Julie A. Edwards, J. |
| Petitioner | : | Hon. Patricia A. Delaney, J. |
|  | : |  |
| -vs- | : |  |
|  | : | Case No. 2010-CA-132 |
| JUDGE JAMES D. HENSON | : |  |
|  | : |  |
| Respondent | : | O P I N I O N |

CHARACTER OF PROCEEDING:          Writ

JUDGMENT:          Dismissed

DATE OF JUDGMENT ENTRY:          March 24, 2011

APPEARANCES:

For: Petitioner                              For: Respondent

PAUL L. LIMPACH  PRO SE          KIRSTEN PSCHOLKA-GARTNER
Marion Correctional Institute          Assistant Richland County Prosecutor
BOX 57                                        38 South Park, 2nd Floor
MARION, OH  43301                    Mansfield, OH 44902

*Gwin, P.J.*

{¶1} Petitioner, Paul R. Limpach, has filed a petition requesting this Court issue a writ of procedendo compelling Judge James Henson of the Richland County Court of Common Pleas to rule on Petitioner's Motion to Return Property. This motion was filed in Richland County on April 30, 2010. The instant complaint was filed on November 18, 2010. The trial court issued a ruling on the motion in the criminal case on December 8, 2010.

{¶2} Respondent has filed a motion to dismiss the petition based upon the petition being made moot because the trial court has now issued on a ruling on the motion.

{¶3} The Supreme Court has held, "Neither procedendo nor mandamus will compel the performance of a duty that has already been performed. *State ex rel. Grove v. Nadel* (1998), 84 Ohio St.3d 252, 253, 703 N.E.2d 304, 305." *State ex rel. Kreps v. Christiansen* (2000), 88 Ohio St.3d 313, 318, 725 N.E.2d 663, 668.

{¶4} Because the requested relief has already been obtained, we find the petition for writ of mandamus is moot and grant Respondent's motion to dismiss.

{¶5} MOTION TO DISMISS GRANTED.

{¶6} CAUSE DISMISSED.

**{¶7}**   COSTS TO RELATOR.

**{¶8}**   IT IS SO ORDERED.

By Gwin, P.J.,

Edwards, J., and

Delaney, J., concur

_____

HON. W. SCOTT GWIN

_____

HON. JULIE A. EDWARDS

_____

WSG:clw 0307                          HON. PATRICIA A. DELANEY

[Cite as *Limbach v. Henson*, 2011-Ohio-1467.]

IN THE COURT OF APPEALS FOR RICHLAND COUNTY, OHIO

FIFTH APPELLATE DISTRICT

| | | |
|---|---|---|
| PAUL R. LIMPACH | : | |
| Petitioner | : | |
| -vs- | : | JUDGMENT ENTRY |
| JUDGE JAMES D. HENSON | : | |
| Respondent | : | CASE NO. 2010-CA-132 |

For the reasons stated in our accompanying Memorandum-Opinion, the motion to dismiss is granted.  Costs to Petitioner.

_____
HON. W. SCOTT GWIN

_____
HON. JULIE A. EDWARDS

_____
HON. PATRICIA A. DELANEY